1  AARON D. FORD
     Attorney General
2  MARK HACKMANN, Bar No. 16704
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1227
5  E-mail:  mhackmann@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 KERRY BROCK,

                                              Case No.  3:24-cv-00318-ART-CSD
11          Plaintiff,

12 vs.                                        **ORDER TO DISMISS
                                               WITH PREJUDICE**
13 CURRIER, *et al.*,

14          Defendants.

15          IT IS HEREBY STIPULATED between Defendants, by and through counsel,

16 Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackmann, Deputy

17 Attorney General, of the State of Nevada, Office of the Attorney General, and Kerry Brock,

18 Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the

19 above-captioned action shall be dismissed with prejudice, with each party bearing their

20 own attorney's fees and costs.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of June 2025.          DATED this 10th day of June 2025.
                                            AARON D. FORD
                                            Attorney General

_____          /s/ Mark Hackmann_____
KERRY BROCK #1254120,                      MARK HACKMANN, (Bar No. 16704)
*Plaintiff*, pro se                        *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___7/25/2025_____, 2025.


_____
UNITED STATES DISTRICT JUDGE